UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENYAITTA (CROSBY) FOREMAN,

Plaintiff,

-against-

COMMISSION ON QUALITY CARE; NEW
YORK CITY HEALTH & HOSPITALS;
BUREAI OF PRISONS; NYC/NYS
COMMISSION OF CORRECTIONS;
CENTER FOR DISEASE CONTROL,

Defendants.

21-CV-3231 (LTS)

CIVIL JUDGMENT

Pursuant to the order issued May 3, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that the complaint is dismissed

without prejudice under the Prison Litigation Reform Act's "three-strikes" rule. *See* 28 U.S.C.

§ 1915(g). Plaintiff continues to be barred from filing any civil action under the *in forma*

*pauperis* statute while a prisoner unless Plaintiff is under imminent danger of serious physical

injury. *See* 28 U.S.C. § 1915(g).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to

Plaintiff and note service on the docket.

SO ORDERED.

Dated:     May 3, 2021
           New York, New York

                                                    /s/ Laura Taylor Swain
                                                     LAURA TAYLOR SWAIN
                                                   Chief United States District Judge